761 A.2d 537

IN THE MATTER OF GARY E. THOMPSON,
AN ATTORNEY AT LAW.

November 22, 2000.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision concluding that **GARY E. THOMPSON** of **PHILADEL-PHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 5.5(a) (failure to maintain a *bona fide* New Jersey office), and good cause appearing;

It is ORDERED that **GARY E. THOMPSON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.